IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-MC-3869-WKW |
| | ) | [WO] |
| QUANESHA JOHNSON, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| LEAR CORPORATION, | ) | |
| | ) | |
| Garnishee. | ) | |

## **ORDER**

On October 16, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 16.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that judgment debtor's objection is OVERRULED.

DONE this 6th day of November, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE