IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 2:19-MC-3869-WKW [WO] |
| QUANESHA JOHNSON, | ) ) ) | |
| Defendant, | ) ) | |
| LEAR CORPORATION, | ) ) | |
| Garnishee. | ) | |

## **ORDER**

Based upon the Garnishee's termination of Defendant's employment (see Docs. # 19, 20), it is ORDERED that the Government shall show cause on or before **January 30, 2020**, why the garnishment should not be dismissed. See 28 U.S.C. § 3205(c)(10).

DONE this 16th day of January, 2020.

                                        /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE