IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-MC-3869-WKW |
| | ) |
| QUANESHA JOHNSON, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| LEAR CORPORATION, | ) |
| | ) |
| Garnishee. | ) |

## **ORDER**

Upon consideration of the United States's Motion to Dismiss Garnishment (Doc. # 22), it is ORDERED that the motion is GRANTED and that the Writ of Garnishment (Doc. # 3) is DISMISSED.

DONE this 23rd day of January, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE